**VAN–063** Order Dismissing Case – Rev. 03–11–2003

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Fayetteville Division

IN RE:
Luby Cecil Waters
406 Dobson Chapel Road
Kenansville, NC 28349

CASE NO.: 12–02566–8–SWH

DATE FILED: April 2, 2012

CHAPTER: 13

Judy Faye Waters
406 Dobson Chapel Road
Kenansville, NC 28349

ORDER OF DISMISSAL

The court finds that Luby Cecil Waters and Judy Faye Waters has/have failed to comply with the provisions of the confirmed chapter 13 plan or to obtain confirmation of a plan. Cause exists to dismiss this case as to this debtor(s). Should Luby Cecil Waters and Judy Faye Waters file another petition within one year, the automatic stay may be limited to 30 days or may not go into effect absent a motion and order imposing or extending the automatic stay. Now therefore,

IT IS ORDERED that this case is dismissed as to Luby Cecil Waters and Judy Faye Waters and all funds held by the trustee shall be disbursed to the appropriate parties as required by the Bankruptcy Code, Federal Rules of Bankruptcy Procedure and the local rules of this court.

DATED: May 20, 2013

Stephani W. Humrickhouse
United States Bankruptcy Judge